UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-23111-CIV-MARTINEZ-SANCHEZ

EB-5 INC. REGIONAL CENTER, LLC,

    Plaintiff,

vs.

DIRECTOR OF U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction ("Motion"), (ECF No. 5). Judge Sanchez filed an R&R recommending that the Motion be denied. (ECF No. 17). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 17), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that Plaintiff's Motion, (ECF No. 5), is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 23 day of January, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record